# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>        Petitioner,<br><br>      v.<br><br>PLANT,<br><br>        Respondent. | NO. LA CV 15-00790-VBF-MAN<br><br>RULE 58 JUDGMENT |

Pursuant to the Court's Opinion and Order issued this same date, final judgment is hereby entered in favor of the respondent and against petitioner Gary Dale Barger.

DATED: April 27, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE